# UNITED STATES DISTRICT COURT
## for the
## District of Massachusetts

|  |  |
|---|---|
| **Taghi Tajgardoun** <br>     A.K.A. Shaw, Taghi <br>     Petitioner, <br><br> v. <br><br><br> **Patricia Hyde**, Field Office Director, <br> **Michael Krol**, HSI New England Special Agent in Charge, <br> **Todd M. Lyons**, Acting Director, Immigration and Customs Enforcement; <br> **Kristi Noem,** Secretary of Homeland Security; <br> **Pamela Bondi**, U.S. Attorney General; <br> **Donald J. Trump**, President of the U.S. <br><br>     Respondents. | Case No. 1:26-cv-11417 |

## VOLUNTARY DISMISSAL OF PETITION WITHOUT PREJUDICE

Petitioner Taghi Tajgardoun submits this notice to voluntarily dismiss his petition for writ of habeas corpus. Petitioner attests to the following in support of this dismissal:

1.  Based on the agreement Petitioner and Respondent have reached, the Petitioner moves to voluntarily dismiss his petition for writ of habeas corpus.

2.  The conditions of this agreement are accurately represented in ECF filing #12.

3.  Petitioner respectfully moves for leave to dismiss the instant petition for writ of habeas corpus without prejudice. Dismissal without prejudice would preserve Petitioner's rights to renew this petition should such action become necessary.

Respectfully submitted,

Dated: May 14, 2026

Taghi Tajgardoun

By and through undersigned counsel

*/s/Todd C. Pomerleau*
Todd C. Pomerleau, Esq.
Rubin Pomerleau, P.C.
Two Center Plaza, Suite 520
Boston, Massachusetts 02108
Tel.: (617) 367-0077
Fax: (617) 367-0071
rubinpom@rubinpom.com
MA BBO#664974

*Counsel for Petitioner*

## CERTIFICATE OF SERVICE

I hereby certify that on May 14, 2026 a true copy of the above document was filed via the Court's CM/ECF system and that a copy will be sent automatically to all counsel of record.

May 14, 2026

/s/*Todd C. Pomerleau*
Todd C. Pomerleau
Rubin Pomerleau, P.C.
Two Center Plaza, Suite 520
Boston, Massachusetts 02108
Tel.: (617) 367-0077
Fax: (617) 367-0071
rubinpom@rubinpom.com
MA BBO#664974